JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CMA CGM (AMERICA) INC.
5701 Lake Wright Drive
Norfolk, VA 23502

**(b)** County of Residence of First Listed Plaintiff   Norfolk City
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Shawn P. McClure, Esquire, Bernstein Law Firm, PC
Suite 2200 Gulf Tower
Pittsburgh, PA 15219 412-456-8100

## DEFENDANTS
FR. MEYER SOHN NORTH AMERICA, LLC
One First Avenue, Suite One
West Reading, PA 19611

County of Residence of First Listed Defendant   Berks County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Dean L. Weisgold, Esquire
1835 Market Street, Suite 1215
Philadelphia, PA 19103 215-599-0327

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☒ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product     Product Liability |  |  | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument |     Liability / ☐ 367 Health Care/ |  | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &     Pharmaceutical |  | ☐ 820 Copyrights | ☐ 450 Commerce |
|     & Enforcement of Judgment |     Slander     Personal Injury |  | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'     Product Liability |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted |     Liability / ☐ 368 Asbestos Personal |  |  |     Corrupt Organizations |
|     Student Loans | ☐ 340 Marine     Injury Product |  |  | ☐ 480 Consumer Credit |
|     (Excl. Veterans) | ☐ 345 Marine Product     Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment |     Liability / **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
|     of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud |     Act | ☐ 862 Black Lung (923) |     Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract |     Product Liability / ☐ 380 Other Personal | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal     Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 196 Franchise |     Injury / ☐ 385 Property Damage |     Leave Act |  | ☐ 895 Freedom of Information |
|  | ☐ 362 Personal Injury -     Product Liability | ☐ 790 Other Labor Litigation |  |     Act |
|  |     Med. Malpractice | ☐ 791 Empl. Ret. Inc. |  | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |     Security Act | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate |  | ☐ 870 Taxes (U.S. Plaintiff |     Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting     Sentence |  |     or Defendant) |     Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment     **Habeas Corpus:** |  | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ / ☐ 530 General |  |     26 USC 7609 |     State Statutes |
| ☐ 245 Tort Product Liability |     Accommodations / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | **IMMIGRATION** |  |  |
|  |     Employment / ☐ 550 Civil Rights | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - |  |  |
|  |     Other / ☐ 560 Civil Detainee - |     Alien Detainee |  |  |
|  | ☐ 448 Education     Conditions of |     (Prisoner Petition) |  |  |
|  |     Confinement | ☐ 465 Other Immigration |  |  |
|  |  |     Actions |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original
      Proceeding

☒ 2 Removed from
      State Court

☐ 3 Remanded from
      Appellate Court

☐ 4 Reinstated or
      Reopened

☐ 5 Transferred from
      another district
      *(specify)*

☐ 6 Multidistrict
      Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1331, 1337, 1441

Brief description of cause:
Breach of admiralty/maritime Contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:     ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE                                    DOCKET NUMBER

DATE
04/16/2012

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

JS 44 Reverse (Rev. 09/11)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**     **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

       (b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

       (c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**     **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**     **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**     **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause **Do not cite jurisdictional statutes unless diversity.**       Example:     U.S. Civil Statute: 47 USC 553
                               Brief Description: Unauthorized reception of cable service

**VII.**     **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**     **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF PENNSYLVANIA – DESIGNATION FORM to be used by counsel to indicate the category for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: _CMA CGM (AMERICA) INC., 5701 Lake Wright Drive, Norfolk, VA 23502_

Address of Defendant: _Fr. Meyer Sohn North America, LLC, One First Avenue, Suite One, West Reading, PA 19611_

Place of Accident, Incident or Transaction: ___Reading, Pennsylvania___
*(Use Reverse Side For Additional Space)*

Does this case involve multidistrict litigation possibilities?
*RELATED CASES IF ANY*                                                      Yes ☐    No ☒

Case Number: _____    Judge_____    Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1.  Is this case related to property included in an earlier numbered suit pending or within
    one year previously terminated action in this court?                    Yes ☐        No ☐

2.  Does this case involve the same issue of fact or grow out of the same transaction
    as a prior suit pending or within one year previously terminated action in this court?    Yes ☐        No ☐

3.  Does this case involve the validity or infringement of a patent already in suit or
    any earlier numbered case pending or within one year previously terminated action
    in this court?                                                          Yes ☐        No ☐

CIVIL: (Place ☐ in ONE CATEGORY ONLY)
A.  *Federal Question Cases:*                          B.      *Diversity Jurisdiction Cases:*
1.  ☒ Indemnity Contract, Marine Contract, and All
    Other Contracts
2.  ☐ FELA                                      1.  ☐ Insurance Contract and Other Contracts
3.  ☐ Jones Act-Personal Injury                 2.  ☐ Airplane Personal Injury
4.  ☐ Antitrust                                 3.  ☐ Assault, Defamation
5.  ☐ Patent                                    4.  ☐ Marine Personal Injury
6.  ☐ Labor-Management Relations                5.  ☐ Motor Vehicle Personal Injury
7.  ☐ Civil Rights                              4.  ☐ Other Personal Injury (Please specify)
8.  ☐ Habeas Corpus                             5.  ☐ Products Liability
9.  ☐ Securities Act(s) Cases                   6.  ☐ Products Liability – Asbestos
10. ☐ Social Security Review Cases              9.  ☐ All Other Diversity Cases
11. ☐ All Other Federal Question Cases                (Please specify) Contract
    (Please specify)

### ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, ___Dean E. Weisgold, Esquire_____, counsel of record do hereby certify:

☐      Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐      Relief other than monetary damages is sought.

DATE: _4/16/12_            _Dean Wln_            _52927_
                          Attorney-at-law          Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _4/16/12_            _Dean Wln_            _52927_
                          Attorney-at-law          Attorney I.D. #

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| CMA CGM (America) LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. _____ |
| FR. MEYER SOHN NORTH AMERICA, LLC SYSTEM | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form). In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a)   Habeas Corpus – Case brought under 28 U.S.C. §112241 through §112255. ( )

(b)   Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits ( )

(c)   Arbitration – Case required to be designated for arbitration under Local Civil Rule 53:2. ( X )

(d)   Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e)   Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases). ( )

(f)   Standard Management – Cases that do not fall into any one of the other tracks. ( )

___4/16/12___
DATE

_Dean Weir_
Attorney-at-Law

_Dean Weir_
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PENNSYLVANIA

## SUMMONS IN A CIVIL ACTION

CMA CGM (AMERICA) INC.                :
                                      :
          v.                          :
                                      :          NO. _____
FR. MEYER SOHN NORTH AMERICA, LLC     :


TO:     CMA CGM (AMERICA) INC.
        5701 Lake Wright Drive
        Norfolk, VA 23502


**YOU ARE HEREBY SUMMONED** and required to serve on DEFENDANT'S ATTORNEY (name and address)

DEAN E. WEISGOLD, ESQUIRE
1835 Market Street, Suite 1215
Philadelphia, PA 19103
(215) 599-0327


an answer to the complaint which is served on you with this Summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


_____          _____
CLERK                                       DATE


_____
(By) DEPUTY CLERK

## RETURN OF SERIVCE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL:   $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

_____
*Signature of Server*


_____
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| CMA CGM (AMERICA) INC. | : | CIVIL ACTION |
|  | : |  |
|  | : |  |
|  | : |  |
| v. | : | No. |
|  | : |  |
| FR. MEYER'S SOHN NORTH AMERICA | : |  |
| LLC | : |  |

## <u>NOTICE OF REMOVAL</u>

TO THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

Defendant Fr. Meyer's Sohn North America LLC ("FMS"), by and through its attorneys, Dean E. Weisgold, P.C., hereby removes the above-captioned matter from the Court of Common Pleas of Berks County, Pennsylvania, in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania, and in support thereof states the following:

1.      A complaint was filed in this civil action on March 9, 2012, docketed in the Court of Common Pleas of Berks County at No. 12-3867. A true and correct copy of plaintiff's complaint is attached hereto as Exhibit "A."

2.      Plaintiff's complaint was served on defendant FMS on March 19, 2012.

3.      The present case is removable from state court to the United States District Court because a federal question is involved pursuant to 28 U.S.C. Sections 1331, 1337 and 1441. This case involves ocean shipments being transported on international waters and arises pursuant to the provisions of the Carriage of Goods by Sea Act, 46 U.S.C. Section 1300 et seq., and the Shipping

Act, 49 U.S.C. Section 40101. In  addition, the United States Constitution extends federal jurisdiction to all cases of admiralty and maritime jurisdiction. U.S. Const. Article III, Section 2.

      4.      Defendant FMS shall promptly provide notice of the removal of this matter to the Court of Common Pleas of Berks County.

      WHEREFORE, petitioner Fr. Meyer's Sohn North America LLC prays that the above action pending in the Court of Common Pleas of Berks County be removed to the United States District Court for the Eastern District of Pennsylvania.

**DEAN E. WEISGOLD, P.C.**

**DEW 2044**

_____

By: Dean E. Weisgold, Esquire
Identification No. 52927
1835 Market Street, Suite 1215
Philadelphia, PA 19103
(215) 599-0327
Attorney for defendant Fr. Meyer's Sohn
North America LLC

Dated: April 16, 2012

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CMA CGM (AMERICA) INC.   :  CIVIL ACTION
            :
            :
            :
   v.         :  No.
            :
FR. MEYER'S SOHN NORTH AMERICA :
 LLC          :
            :

### PROOF OF SERVICE- NOTICE OF REMOVAL

   Dean E. Weisgold, Esquire, hereby certifies that a true and correct copy of defendant's

Notice of Removal was served by United States first class mail, postage prepaid on April ___,

2012 to the counsel below named:

     Shawn P. McClure, Esquire
     Bernstein Law Firm
     Suite 2200 Gulf Tower
     Pittsburgh, PA 15219

        **DEAN E. WEISGOLD, P.C.**

        **DEW 2044**

        _____
        By: Dean E. Weisgold, Esquire
        Identification No. 52927
        1835 Market Street, Suite 1215
        Philadelphia, PA 19103
        (215) 599-0327
        Attorney for defendant Fr. Meyer's Sohn
        North America LLC

Dated: April __16__, 2012

RECEIVED
PROTHONOTARY'S OFFICE

2012 MAR -9 ⊃ 2: 23

BERKS COUNTY, PA
MARIANNE R. SUTTON
PROTHONOTARY

IN THE COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA
CIVIL DIVISION

CMA CGM (AMERICA) INC.,

      Plaintiff,

Vs.

FR MEYER'S SOHN NORTH
AMERICA LLC,

      Defendant.

Civil Action No.  $12 - 3867$

**COMPLAINT IN CIVIL ACTION**

FILED ON BEHALF OF
Plaintiff

COUNSEL OF RECORD OF THIS
PARTY:

SHAWN P. MCCLURE, ESQUIRE
PA ID #205951

JENNIFER L. TIS, ESQUIRE
PA ID #203751

Bernstein Law Firm, P.C.
Firm #718
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
412-456-8100

**BERNSTEIN FILE NO. C0076490**

432461
11/16/2011

IN THE COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA
CIVIL DIVISION

RECEIVED
PROTHONOTARY'S OFFICE

CMA CGM (AMERICA) INC.,

2012 MAR -9 P 2: 23

      Plaintiff,

BERKS COUNTY, PA
MARIANNE R. SUTTON
PROTHONOTARY

      Vs.

Civil Action No.

FR MEYER'S SOHN NORTH
AMERICA LLC,

12 - 3867

      Defendant.

## NOTICE AND COMPLAINT

## NOTICE TO DEFEND

      You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served upon you, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a Judgment may be entered against you by the Court, without further notice, for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

      YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

      IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

BERKS COUNTY
LAWYER REFERRAL SERVICE
BERKS COUNTY BAR ASSOCIATION
544-546 COURT STREET
P.O. BOX 1058
READING, PA 19603
610-375-4591

432461
11/16/2011

## **COMPLAINT**

1.      Plaintiff, CMA CGM (America), LLC ("Plaintiff"), is a Limited Liability Company with offices at 5701 Lake Wright Drive, Norfolk, Virginia 23502.

2.      Defendant, FR Meyer's Sohn North America, LLC ("Defendant"), is a Limited Liability company having offices and place of business at 1 First Avenue, Suite 100, West Reading, Berks County, Pennsylvania 19611.

3.      At the special instance and request of Defendant, Plaintiff sold and delivered to Defendant certain goods, wares, merchandise and services, as are more specifically described on Plaintiff's Invoices. A true and correct copy of Plaintiff's Invoices are attached hereto, marked Exhibit "1," and made a part hereof.

4.      Plaintiff avers that Defendant received duplicates or copies of said invoices in the regular course of Plaintiff's business.

5.      Defendant received and accepted the aforementioned goods, wares, merchandise and services.

6.      The prices charged by Plaintiff were the fair, reasonable, and market prices that prevailed at the times of the transactions.

7.      The prices charged by Plaintiff were the prices that Defendant agreed to pay.

8.      Plaintiff avers that as of June 28, 2011, a balance of $13,945.00 remains due and owing to Plaintiff as a result of the Defendant's failure to pay for the aforementioned goods, wares and merchandise purchased on a commercial credit account.

9.      Plaintiff claims legal interest at the rate of six percent (6%) per annum as damages on the liquidated balance.

10.     Plaintiff avers that legal interest at the aforesaid rate amounts to $323.22 from June 28, 2011 through November 16, 2011.

432461
11/16/2011

11.     Plaintiff avers that the Agreement between the parties provides that Defendant will pay Plaintiff's collection costs (including reasonable attorneys' fees).

12.     Plaintiff avers that such reasonable collection costs (including reasonable attorneys' fees) will amount to $4,643.69.

13.     Although repeatedly requested to do so by Plaintiff, Defendant has willfully failed and refused to pay the aforesaid balance, interest, attorneys' fees, or any part thereof to Plaintiff.

WHEREFORE, Plaintiff demands Judgment against Defendant, FR Meyer's Sohn North America, LLC, in the amount of $18,911.91, with continuing legal interest on the principal balance at the rate of six percent (6%) per annum, and costs.

BERNSTEIN LAW FIRM, P.C.

By:_____
Shawn P. McClure, Esquire
PA ID #205951
Attorney for Plaintiff
707 Grant Street
Suite 2200 - Gulf Tower
Pittsburgh, PA  15219
412-456-8100

**BERNSTEIN FILE NO. C0076490**

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL:17579612100  FAX:877-634-8419
VAT NO. US00000

**CMA CGM**

| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|
| Bill of Lading: NA1733394   Booking Ref: NAM10078298 | NAEX0867618 | |

Customer: 0000041631/001

Your Ref: SUBS OK

Date: 22-OCT-2010

| Invoice To: | FR MEYERS SOHN NORTH AMERICA<br>1 FIRST AVE<br>SUITE 100<br>WEST READING--PA--19611<br>UNITED STATES | Payable to: | CMA CGM (AMERICA) LLC<br>5701 LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES |
|---|---|---|---|
| | VAT NO.: US00000 | | VAT NO.: US00000 |

Invoiced By:  Christina Wills                    Tel: 866-253-3982

| Voyage:  GX686E          Local Voyage Ref:  - | Vessel:  LIWIA P | Call Date: 19 OCT 2010 |
|---|---|---|
| Export Cargo Mode:  Merchant Haulage | Import Cargo Mode:  Merchant Haulage | |
| Place of Receipt:  - | Discharge Port:  LIVORNO | |
| Load Port:  NORFOLK, VA | Place of Delivery:  - | |
| Shipper:FORNAROLI CARTA S.P.A.<br>VIA TREBBIA 71 | Freight Forwarders: FR MEYERS SOHN NORTH AMERICA LLC<br>ONE FIRST AVENUE, SUITE 100 | |

Quote Reference:  QNAM006289                    Service Contract:  -

Remarks: ***BOOKING SPLIT/ROLLED DUE TO CONTAINERS MISSING THE PORT CUT OFF***

(C) Equipment Export Demurrage Charge.

| Container Number: | CAIU8094944 | | Size/Type:  40HC | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

| Container Number: | CMAU4068343 | | Size/Type:  40HC | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

| Container Number: | CMAU4077849 | | Size/Type:  40HC | | | Total billable days: | 4 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 08-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 08-OCT-10 | 14-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 15-OCT-10 | 18-OCT-10 | 4 | Calendar | 100.00 | USD | 400.00 |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
13002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA2264675

IBAN:FR7610096181020006423311422 SWIFT: CMCIFRPP
BENEF.CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA
CIC GRANDES ENTREPRISES MARSEILLE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13269 FRANCE 13
Account Number:00064233114

**Total Amount Due:**            **4,200.00  USD**

Payable by 22-OCT-2010

PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.



EXHIBIT

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES
TEL:17579612100   FAX:877-634-8419
VAT NO. US00000


CMA CGM

| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|
| Bill of Lading: NA733394   Booking Ref: NAM1007920B | NAEX0867618 | |
| Customer: 0000041631/001 | | |
| Your Ref: SUBS OK | Date:   22-OCT-2010 | |

| Container Number: | CMAU5123717 | | Size/Type: 40HC | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

| Container Number: | CMAU5634131 | | Size/Type: 40HC | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

| Container Number: | CMAU5839961 | | Size/Type: 40HC | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

| Container Number: | ECMU9147941 | | Size/Type: 40HC | | | Total billable days: | 4 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 08-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 08-OCT-10 | 14-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 15-OCT-10 | 18-OCT-10 | 4 | Calendar | 100.00 | USD | 400.00 |

| Container Number: | ECMU9219527 | | Size/Type: 40HC | | | Total billable days: | 4 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 08-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 08-OCT-10 | 14-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 15-OCT-10 | 18-OCT-10 | 4 | Calendar | 100.00 | USD | 400.00 |

| Container Number: | ECMU9872399 | | Size/Type: 40HC | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
13002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA2264675

IBAN:FR7610096181020006423311422 SWIFT: CMCIFRPP
BENEF:CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA
CIC GRANDES ENTREPRISES MARSEILLE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13269 FRANCE 13
Account Number 00064233114

**Total Amount Due:**   **4,200.00   USD**

Payable by 22-OCT-2010

PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

Disputes must be sent to usa.datdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK–VA–23502
UNITED STATES
TEL:17579612100   FAX:877-634-8419
VAT NO. US00000



**CMA CGM**

| Please use R/L number as reference with payment | **INVOICE** | **ORIGINAL** |
|---|---|---|
| Bill of Lading: NA1733394    Booking Ref: NAM1007629B | NAEX0867618 | |
| Customer: 0000041631/001 | | |
| Your Ref: SUBS OK | Date:   22-OCT-2010 | |

| Container Number: | ECMU9913672 | | Size/Type: | 40HC | | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

| Container Number: | GSTU7728500 | | Size/Type: | 40HC | | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

| Container Number: | TGHU8655721 | | Size/Type | 40HC | | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

| Container Number: | TGHU8966908 | | Size/Type: | 40HC | | | | Total billable days: | 3 Calendar Days |
|---|---|---|---|---|---|---|---|---|---|
| Start Event Data: | 11-OCT-10 - Gate in Full - NORFOLK, VA - Maersk Terminal | | | | | | | | |
| Stop Event Data: | 19-OCT-10 - Load on Board Full - NORFOLK, VA - Maersk Terminal | | | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|---|
| 11-OCT-10 | 15-OCT-10 | 5 | Working | 0.00 | USD | 0.00 |
| 16-OCT-10 | 18-OCT-10 | 3 | Calendar | 100.00 | USD | 300.00 |

Currency Charge Totals
USD                    4,200.00

Total                 4,200.00

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
13002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA2264675

IBAN:FR7610096181020006423311422 SWIFT: CMCIFRPP
BENEF:CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA
CIC GRANDES ENTREPRISES MARSEILLE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13269 FRANCE 13
Account Number.00064233114

**Total Amount Due:**         4,200.00   USD

Payable by 22-OCT-2010

PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA--23502
UNITED STATES
TEL:17579512100   FAX:877-634-8419
VAT NO. US00000


**CMA CGM**

Please use B/L number as reference with payment .

| **INVOICE** | **COPY** |

Bill of Lading: NA1751948    Booking Ref: NAM1028534B
Customer: 0000041631/001
Your Ref: 51012-23-048

NAEX0887864

Date: 14-DEC-2010 15:23

Invoice To:       FR MEYERS SOHN NORTH AMERICA
                  1 FIRST AVE
                  SUITE 100
                  WEST READING--PA--19611
                  UNITED STATES

                  VAT NO.:  US00000

Payable to:       CMA CGM (AMERICA) LLC
                  5701 LAKE WRIGHT DRIVE
                  NORFOLK-VA--23502
                  UNITED STATES

                  VAT NO.:  US00000
Please contact Customer Service for further Information
Invoiced By: Michelle Gunn Tel:

Voyage: YT252W      Local Voyage Ref: -     Vessel: MSC SILVANA
Place of Receipt:   CHICAGO, IL
Load Port:          LONG BEACH, CA
Shipper: FMS C/O

Discharge Port:     KAOHSIUNG
Place of Delivery:   -
Freight Forwarders: FR. MEYER'S SOHN NORTH AMERICA LLC

Call Date: 29 NOV 2010

Consignee: GREAT WALL ENTERPRISE CO., LTD.
           TEL:8862-2657-7111

Notify: GREAT WALL ENTERPRISE CO., LTD.
        TEL:8862-2657-7111

| Commodity Code | Description | Package | Qty |
|---|---|---|---|
| 110412 | dried distillery grain | 40HC | 3 |

Container Number(s): ECMU9723890    FSCU6958398    TCNU9838535

| Size/Type | Charge Description | Based on | Rate Currency | Amount | Amount in USD |
|---|---|---|---|---|---|
| C | OCEAN FREIGHT | 3 | USD | 4,350.00 | 4,350.00 |
| 40HC L | Documentation Fees, incl BsL service, export | 1 FIX | 50.00 USD | 50.00 | 50.00 |
| 40HC C | Change of destination(at sea) fee, incl restows | 1 FIX | 500.00 USD | 500.00 | 500.00 |
| | | | Currency Charge Totals | | |
| | | | USD | 4,900.00 | |
| | | | | Total | 4,900.00 |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
13002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA2324015

IBAN:FR7610096181020006423311422 SWIFT: CMCIFRPP
BENEF:CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA
CIC GRANDES ENTREPRISES MARSEILLE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13289 FRANCE 13
Account Number:00064233114

Total Amount:

**4,900.00 USD**

Payable by 20-DEC-2010
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

FOR CUSTOMERS WITHOUT CMA CGM CREDIT: If payment is not received within 14 calendar days of vessels' departure, a late payment fee of $50
per B/L will be assessed. Additionally, a late payment fee of $200 per B/L will be further assessed if payment is not received within 30 calendar days of
vessels' departure. These fees must be paid in full prior to B/L & cargo release.

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL:17579612100  FAX:877-634-8419
VAT NO. US00000


**CMA CGM**

| Please use B/L number as reference with payment | **INVOICE** | **COPY** |
|---|---|---|
| Bill of Lading: NA1747965    Booking Ref: NAM1028590 | NAEX0888964 | |
| Customer: 0001796679/001 | | |
| Your Ref: 61012-23-007 | Date: 16-DEC-2010 13:55 | |

| Invoice To: | FR MEYERS SOHN NORTH AMERICA LLC | Payable to: | CMA CGM (AMERICA) LLC |
|---|---|---|---|
| | 1451 QUAIL ST SUITE 212 | | 5701 LAKE WRIGHT DRIVE |
| | NEWPORT BEACH--CA--92660 | | NORFOLK--VA--23502 |
| | UNITED STATES | | UNITED STATES |

VAT NO.: US00000
Please contact Customer Service for further information
Invoiced By: Meredith Breeden Tel:

| Voyage: TX710W | Local Voyage Ref: - | Vessel: MSC TOMOKO | | Call Date: 04 DEC 2010 |
|---|---|---|---|---|
| Place of Receipt: | CHICAGO, IL | | Discharge Port: | MANILA NORTH HARBOUR [NOT VALID] |
| Load Port: | LONG BEACH, CA | | Place of Delivery: | - |
| Shipper: FMS C/O | | | Freight Forwarders: FR. MEYER'S SOHN NORTH AMERICA LLC | |
| NEWARK, OH 43055 | | | | |

Consignee: TO THE ORDER OF SIMON

Notify: SIMON ENTERPRISES, INC

| Commodity Code | Description | Package | Qty |
|---|---|---|---|
| 110412 | dry distilled grains | 40HC | 19 |
| 110412 | dry distilled grains | 40ST | 1 |
| 110412 | dry distilled grains | 40ST | 2 |
| 110412 | dry distilled grains | 40ST | 2 |
| 110412 | dry distilled grains | 40ST | 2 |
| 110412 | dry distilled grains | 40ST | 4 |

Container Number(s): CAXU7185342  CAXU8161561  CMAU5180023  CMAU5438885  CMAU5595781  CMAU5693176  CMAU5708790
CMAU5742141  CMAU8063951  CMAU8141340  CRXU9265668  ECMU4194215  ECMU4282384  ECMU4460459
ECMU4548978  ECMU9246651  ECMU9447152  ECMU9752198  FSCU4189570  GSTU9331160  GVDU5058623
INKU2368816  INKU2481735  INKU2615839  TGHU4706517  TGHU4887694  TGHU8430896  TRLU5556242
TRLU7470472  WFHU5085595

| Size/Type | Charge Description | Based on | Rate Currency | Amount | Amount in USD |
|---|---|---|---|---|---|
| C | OCEAN FREIGHT | | USD | 35,250.00 | 35,250.00 |
| 40HC  C | Ocean Carrier-Intl Ship & port Facility Security | 19 UNI | 10.00 USD | 190.00 | 190.00 |
| 40HC  C | Emergency Fuel Adjustement Factor | 19 UNI | 150.00 USD | 2,850.00 | 2,850.00 |
| 40HC  C | Pre carriage corridor surcharge | 19 UNI | 40.00 USD | 760.00 | 760.00 |
| 40ST  C | Ocean Carrier-Intl Ship & port Facility Security | 2 UNI | 10.00 USD | 20.00 | 20.00 |
| 40ST  C | Emergency Fuel Adjustement Factor | 2 UNI | 150.00 USD | 300.00 | 300.00 |
| 40ST  C | Pre carriage corridor surcharge | 2 UNI | 40.00 USD | 80.00 | 80.00 |
| 40ST  C | Ocean Carrier-Intl Ship & port Facility Security | 4 UNI | 10.00 USD | 40.00, | 40.00 |
| 40ST  C | Emergency Fuel Adjustement Factor | 4 UNI | 150.00 USD | 600.00, | 600.00 |
| 40ST  C | Pre carriage corridor surcharge | 4 UNI | 40.00 USD | 160.00 | 160.00 |
| 40ST  C | Ocean Carrier-Intl Ship & port Facility Security | 2 UNI | 10.00 USD | 20.00 | 20.00 |
| 40ST  C | Emergency Fuel Adjustement Factor | 2 UNI | 150.00 USD | 300.00 | 300.00 |
| 40ST  C | Pre carriage corridor surcharge | 2 UNI | 40.00 USD | 80.00 | 80.00 |
| 40ST  C | Ocean Carrier-Intl Ship & port Facility Security | 2 UNI | 10.00 USD | 20.00 | 20.00 |
| 40ST  C | Emergency Fuel Adjustement Factor | 2 UNI | 150.00 USD | 300.00 | 300.00 |
| 40ST  C | Pre carriage corridor surcharge | 2 UNI | 40.00 USD | 80.00 | 80.00 |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
13002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA2326758

IBAN:FR7610096181020005423311422 SWIFT: CMCIFRPP
BENEF:CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA
CIC GRANDES ENTREPRISES MARSEILLE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13269 FRANCE 13
Account Number.00064233114

**Total Amount:**                    **41,250.00 USD**

Payable by 25-DEC-2010
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

FOR CUSTOMERS WITHOUT CMA-CGM CREDIT: If payment is not received within 14 calendar days of vessels' departure, a late payment fee of $50 per B/L will be assessed. Additionally, a late payment fee of $200 per B/L will be further assessed if payment is not received within 30 calendar days of vessels' departure. These fees must be paid in full prior to B/L & cargo release.

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL:17579612100 FAX:877-634-8419
VAT NO. US00000



**CMA CGM**

Please use B/L number as reference with payment

**INVOICE**

**COPY**

Bill of Lading: NA1747965   Booking Ref: NAM1028590
Customer: 0001796679/001
Your Ref: 61012-23-007

NAEX0888964

16-DEC-2010 13:58

| Size/Type | | Charge Description | Based on | Rate Currency | Amount | Amount in USD |
|---|---|---|---|---|---|---|
| 40ST | C | Ocean Carrier-Intl Ship & port Facility Security | 1 UNI | 10.00 USD | 10.00 | 10.00 |
| 40ST | C | Emergency Fuel Adjustement Factor | 1 UNI | 150.00 USD | 150.00 | 150.00 |
| 40ST | C | Pre carriage corridor surcharge | 1 UNI | 40.00 USD | 40.00 | 40.00 |
| | | | | | Currency Charge Totals | |
| | | | | USD | 41,250.00 | |
| | | | | | Total | 41,250.00 |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
13002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA2326758

IBAN:FR7610096181020006423311422 SWIFT: CMCIFRPP
BENEF:CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA
CIC GRANDES ENTREPRISES MARSEILLE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13269 FRANCE 13
Account Number:00064233114

**Total Amount:**          **41,250.00 USD**

Payable by 25-DEC-2010
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

FOR CUSTOMERS WITHOUT CMA CGM CREDIT: If payment is not received within 14 calendar days of vessels' departure, a late payment fee of $50 per B/L will be assessed. Additionally, a late payment fee of $200 per B/L will be further assessed if payment is not received within 30 calendar days of vessels' departure. These fees must be paid in full prior to B/L & cargo release.

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK–VA–23502
UNITED STATES
TEL:17579612100   FAX:877-834-8419
VAT NO. US00000

**CMA CGM**

| | |
|---|---|
| Please use B/L number as reference with payment | **INVOICE** **ORIGINAL** |
| Bill of Lading: NA1742033   Booking Ref: NAM1010478D | NAIM1963137 |
| Customer: 0000041631/001 | |
| Your Ref: 61011-23-020 | Date: 06-JUN-2011 |

| Invoice To: | FR MEYERS SOHN NORTH AMERICA | Payable to: | CMA CGM (AMERICA) LLC |
|---|---|---|---|
| | 1 FIRST AVE | | 5701 LAKE WRIGHT DRIVE |
| | SUITE 100 | | NORFOLK–VA–23502 |
| | WEST READING–PA–19611 | | UNITED STATES |
| | UNITED STATES | | |
| | VAT NO.: US00000 | | VAT NO.: US00000 |

| Invoiced By: | Carmelaine Klimaszewsk | Tel: 877-556-6308 |
|---|---|---|

| Voyage: QJ139W     Local Voyage Ref: - | Vessel: FRISIA KIEL | Call Date: 06 DEC 2010 |
|---|---|---|
| Export Cargo Mode: Merchant Haulage | Import Cargo Mode: Merchant Haulage | |
| Place of Receipt: CHICAGO, IL | Discharge Port: MANILA | |
| Load Port: LONG BEACH, CA | Place of Delivery: - | |
| Consignee: TO THE ORDER OF SECURITY BANK | Notify: SUMMIT AGRI COMMODITIES EXCHANGE | |
| CORPORATION | CORP. | |

Quote Reference: QNAM023652      Service Contract: -

Remarks: FIRST 5 DAYS FREE - CNTRS ON DOCK TOO LONG

(C) Equipment Import Demurrage Charge

| Container Number: | CMAU5738706 | | Size/Type: 40HC | | | Total billable days: | 29 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Date: | 06-DEC-10 - Discharged Full - MANILA - Manila North Terminal | | | | | | |
| Stop Event Data: | 14-JAN-11 - Gate out Full - MANILA - Manila North Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount | |
|---|---|---|---|---|---|---|---|
| 06-DEC-10 | 16-DEC-10 | 11 | Calendar | 0.00 | USD | 0.00 | |
| 17-DEC-10 | 19-DEC-10 | 3 | Calendar | 15.00 | USD | 45.00 | |
| 20-DEC-10 | 23-DEC-10 | 4 | Calendar | 30.00 | USD | 120.00 | |
| 24-DEC-10 | 14-JAN-11 | 22 | Calendar | 45.00 | USD | 990.00 | |

| Container Number: | ECMU9532927 | | Size/Type: 40HC | | | Total billable days: | 30 Calendar Days |
|---|---|---|---|---|---|---|---|
| Start Event Data: | 06-DEC-10 - Discharged Full - MANILA - Manila North Terminal | | | | | | |
| Stop Event Data: | 15-JAN-11 - Gate out Full - MANILA - Manila North Terminal | | | | | | |

| From Date | To Date | Days | Type | Rate | Inv. Currency | Inv. Amount | |
|---|---|---|---|---|---|---|---|
| 06-DEC-10 | 16-DEC-10 | 11 | Calendar | 0.00 | USD | 0.00 | |
| 17-DEC-10 | 19-DEC-10 | 3 | Calendar | 15.00 | USD | 45.00 | |
| 20-DEC-10 | 23-DEC-10 | 4 | Calendar | 30.00 | USD | 120.00 | |
| 24-DEC-10 | 15-JAN-11 | 23 | Calendar | 45.00 | USD | 1035.00 | |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
13002 MARSEILLE-FRANCE
FR72562024472

Carrier No. NACMA2521295

IBAN:FR7610096181020000642331422 SWIFT: CMCIFRPP
BENEF:CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA
CIC GRANDES ENTREPRISES MARSEILLE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13269 FRANCE 13
Account Number:00054233114

**Total Amount Due:     4,575.00   USD**

Payable by 06-JUN-2011
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

Page 1  of 2

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES
TEL:17579612100   FAX:877-634-8419
VAT NO. US00000



**CMA CGM**

| | | |
|---|---|---|
| Please use B/L number as reference with payment | **INVOICE** | **ORIGINAL** |
| Bill of Lading: NA1742033   Booking Ref: NAM1010478D | NAIM1963137 | |
| Customer: 0000041631/001 | | |
| Your Ref: 61011-23-020 | Date:   06-JUN-2011 | |

Container Number:   ECMU9587339        Size/Type:  40HC        Total billable days:   28 Calendar Days
Start Event Data:   06-DEC-10 - Discharged Full - MANILA - Manila North Terminal
Stop Event Data:   13-JAN-11 - Gate out Full - MANILA - Manila North Terminal

| From Date | To Date | Days | Type | Rate · Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|
| 06-DEC-10 | 16-DEC-10 | 11 | Calendar | 0.00  USD | 0.00 |
| 17-DEC-10 | 19-DEC-10 | 3 | Calendar | 15.00  USD | 45.00 |
| 20-DEC-10 | 23-DEC-10 | 4 | Calendar | 30.00  USD | 120.00 |
| 24-DEC-10 | 13-JAN-11 | 21 | Calendar | 45.00  USD | 945.00 |

Container Number:   GLDU7645770        Size/Type:  40HC        Total billable days:   28 Calendar Days
Start Event Data:   06-DEC-10 - Discharged Full - MANILA - Manila North Terminal
Stop Event Data:   13-JAN-11 - Gate out Full - MANILA - Manila North Terminal

| From Date | To Date | Days | Type | Rate  Inv. Currency | Inv. Amount |
|---|---|---|---|---|---|
| 06-DEC-10 | 16-DEC-10 | 11 | Calendar | 0.00  USD | 0.00 |
| 17-DEC-10 | 19-DEC-10 | 3 | Calendar | 15.00  USD | 45.00 |
| 20-DEC-10 | 23-DEC-10 | 4 | Calendar | 30.00  USD | 120.00 |
| 24-DEC-10 | 13-JAN-11 | 21 | Calendar | 45.00  USD | 945.00 |

Currency Charge Totals
USD        4,575.00

Total        4,575.00

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
13002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA2521295

IBAN:FR7610096161020006423311422 SWIFT: CMCIFRPP
BENEF:CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA
CIC GRANDES ENTREPRISES MARSEILLE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13269 FRANCE 13
Account Number:00064233114

**Total Amount Due:**        **4,575.00  USD**

Payable by 06-JUN-2011
Payment before delivery of Bill Of Lading (Export) or containers (Import)
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

Disputes must be sent to usa.detdembilling@cma-cgm.com within 30 days of invoice date. CMA CGM holds trucker and customer jointly and severally liable for charges, but bills trucker in first instance. If the trucker provides evidence of compliance with all obligations, we will hold customer responsible for payment of all charges, including attorney fees necessary to collect outstanding amounts.

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK--VA--23502
UNITED STATES
TEL:17579612100  FAX:877-634-8419
VAT NO. US00000


**CMA CGM**

| Please use B/L number as reference with payment | **INVOICE** | **COPY** |
|---|---|---|
| Bill of Lading: NA1805178   Booking Ref: NAM113305SA | NAEX0977912 | |
| Customer: 0000041631/001 | | |
| Your Ref: - | Date: 27-JUN-2011 10:54 | |

| Invoice To: | FR MEYERS SOHN NORTH AMERICA<br>1 FIRST AVE<br>SUITE 100<br>WEST READING--PA--19611<br>UNITED STATES<br><br>VAT NO.: US00000 | Payable to: | CMA CGM (AMERICA) LLC<br>5701 LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES<br><br>VAT NO.: US00000<br>Please contact Customer Service for further information<br>Invoiced By: Meredith Breeden Tel. |

| Voyage: GX744E | Local Voyage Ref: - | Vessel: MAERSK JURONG | | | Call Date: 10 MAY 2011 |
|---|---|---|---|---|---|
| Place of Receipt: | - | | Discharge Port: | LIVORNO | |
| Load Port: | NORFOLK, VA | | Place of Delivery: | | |
| Shipper: FORNAROLI CARTA S.P.A.<br>29100 PIACENZA, ITALY | | | Freight Forwarders: FR.MEYER'S SOHN NORTH AMERICA LLC | | |
| Consignee: FORNAROLI CARTA S.P.A.<br>29100 PIACENZA, ITALY | | | Notify: TOZZI S.R.L.<br>CONTACT: MR. GIANNI SANTORO | | |

| Commodity Code | Description | | | Package | | | Qty |
|---|---|---|---|---|---|---|---|
| 480419 | Kraftliner, uncoated, in rolls | | | 40HC | | | 30 |

Container Number(s): BSIU9050268   CMAU4000702   CMAU5000100   CMAU5061256   CMAU5113679   CMAU5335737   CMAU5592313
ECMU9149040   ECMU9710715   ECMU8827213   FCIU8350330   FSCU9527711   GATU8433921   INKU2421000
INKU2488468   INKU6117716   TCLU5032420   TCLU5062596   TGHU6333387   TGHU6379645   TGHU7678743
TGHU8477260   TGHU8861390   TGHU9475468   TRLU5215117   TRLU5466093   TRLU8976730   TRLU7120936
UESU5152684   XINU8236570

| Size/Type | Charge Description | | | Based on | Rate Currency | Amount | Amount in USD |
|---|---|---|---|---|---|---|---|
| 40HC  C | Import documentation fees | | | 1 FIX | 50.00 USD | 50.00 | 50.00 |
| | | | | | | Currency Charge Totals | |
| | | | | | USD | 50.00 | |
| | | | | | | Total | 50.00 |

(C)For and on behalf of CMA - CGM
4 Quai d'Arenc
13002 MARSEILLE-FRANCE
FR72562024422

Carrier No. NACMA2545279

IBAN.FR7610096181020006423311422 SWIFT: CMCIFRPP
BENEF:CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA
CIC GRANDES ENTREPRISES MARSEILLE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13269 FRANCE 13
Account Number.00064233114

**Total Amount:**          **50.00 USD**
Payable by 27-JUN-2011
PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE

FOR CUSTOMERS WITHOUT CMA CGM CREDIT: If payment is not received within 14 calendar days of vessels' departure, a late payment fee of $50 per B/L will be assessed. Additionally, a late payment fee of $200 per B/L will be further assessed if payment is not received within 30 calendar days of vessels' departure. These fees must be paid in full prior to B/L & cargo release.

CMA CGM (AMERICA) LLC
5701 LAKE WRIGHT DRIVE
NORFOLK-VA-23502
UNITED STATES
TEL:17579612100   FAX:877-634-8419
VAT NO. US00000



**CMA CGM**

| Please use B/L number as reference with payment | **INVOICE** | **COPY** |
|---|---|---|
| Bill of Lading: NA1802841    Booking Ref: NAM1129461A | NAEX0977932 | |
| Customer: 0000041631/001 | | |
| Your Ref: - | Date: 27-JUN-2011 11:05 | |

| Invoice To: | FR MEYERS SOHN NORTH AMERICA<br>1 FIRST AVE<br>SUITE 100<br>WEST READING--PA--19611<br>UNITED STATES<br><br>VAT NO.: US00000 | Payable to: | CMA CGM (AMERICA) LLC<br>5701 LAKE WRIGHT DRIVE<br>NORFOLK--VA--23502<br>UNITED STATES<br><br>VAT NO.: US00000<br>Please contact Customer Service for further information<br>Invoiced By: Meredith Breedon Tel: |

| Voyage: PG610W | Local Voyage Ref: - | Vessel: CMA CGM SWORDFISH | | | Call Date: 29 APR 2011 |
|---|---|---|---|---|---|

Place of Receipt:    -                              Discharge Port:         LIVORNO
Load Port:              CHARLESTON, SC        Place of Delivery:      -
  Shipper: FORNAROLI CARTA S.P.a.              Freight Forwarders: FR.MEYER'S SOHN NORTH AMERICA LLC

Consignee: FORNAROLI CARTA S.P.A.                  Notify: TOZZI S.R.L.
                                                                           CONTACT: MR. GIANNI SANTORO

| Commodity Code | Description | Package | Qty |
|---|---|---|---|
| 4801000020 | Newsprint, in rolls or sheets | 40HC | 14 |

Container Number(s): CMAU4012869   CMAU5347105   CMAU5427520   CMAU5513628   CMAU5520519   ECMU9715065   ECMU9925656
                              GLDU0444074   INKU2491081   INKU6097348   INKU5143567   IRNU9017292   TGHU5900290   TRLU5436131
                              TRLU7426187

| Size/Type | Charge Description | Based on | Rate Currency | Amount | Amount in USD |
|---|---|---|---|---|---|
| 40HC  L | Documentation Fees, incl BsL service, export | 1 FIX | 50.00 USD | 50.00 | 50.00 |
| | | | Currency Charge Totals | | |
| | | | USD | 50.00 | |
| | | | Total | | 50.00 |

IBAN:FR7610096181020006423311422 SWIFT: CMCIFRPP              **Total Amount:**                   **50.00 USD**
BENEF:CMA CGM AMERICA CTE AFFEC SPECIA FCT ATTILA        Payable by 27-JUN-2011
CIC GRANDES ENTREPRISES MARSEILLE                           PLEASE SEE ANY SPECIAL PAYMENT NOTES AT THE BOTTOM OF THIS PAGE
448 AV DU PRADO
BP 279 MARSEILLE CEDEX 08
MARSEILLES
13269 FRANCE 13
Account Number:00064233114

FOR CUSTOMERS WITHOUT CMA CGM CREDIT:  If payment is not received within 14 calendar days of vessels' departure, a late payment fee of $50 per B/L will be assessed.  Additionally, a late payment fee of $200 per B/L will be further assessed if payment is not received within 30 calendar days of vessels' departure.  These fees must be paid in full prior to B/L & cargo release.

Page  1   of 1

## VERIFICATION

The undersigned does hereby verify subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities, and under penalty of perjury, that he/she is ___*agent*___ of ___*CMA - CGM*___ , Plaintiff herein, that he/she is duly authorized to make this Verification and that the facts set forth in the foregoing COMPLAINT are true and correct to the best of his/her knowledge, information and belief.

_____
(Sign in Blue Ink)

432461
11/16/2011